# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Shneez Veritas LLC ) | ASBCA Nos. 59844, 59845, 59846 |
| ) | 59847, 59848, 59849 |
| ) | 59850 |
| ) | |
| Under Contract No. W91B4N-11-D-7016 ) | |

APPEARANCES FOR THE APPELLANT:        Antonio R. Franco, Esq.
                                      Alexander O. Levine, Esq.
                                      PilieroMazza PLLC
                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:       Raymond M. Saunders, Esq.
                                        Army Chief Trial Attorney
                                      Kyle E. Chadwick, Esq.
                                        Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 14 April 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59844, 59845, 59846, 59847, 59848, 59849, 59850, Appeals of Shneez Veritas LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals